# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# YOUNGSTOWN DIVISION

In Re:  Case No. 16-40099-tnap

Roy R. Mason, Jr.
  *aka* Roy Mason, Jr.
  *aka* Roy R. Mason  Chapter 13
  *aka* Roy Mason

Debtor.  Judge Tiiara Patton

## NOTICE OF APPEARANCE

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust (Creditor'), in the above captioned proceedings.

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on September 9, 2020, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Bruce R. Epstein, Debtor's Counsel
    epsteinlaw@sbcglobal.net

    Michael A. Gallo, Trustee
    mgallo@gallotrustee.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Roy R. Mason, Jr., Debtor
7679 Anderson Avenue N.E.
Warren, OH 44484

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Creditor