Fill in this information to identify the case:

Debtor 1      Roy R. Mason, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Ohio
(State)

Case number   16-40099

# Form 4100R
## Response to Notice of Final Cure Payment                                     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 3 0 3 5

**Property address:** 7679 Anderson Avenue N.E.
Number     Street

Warren           OH        44484
City             State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 8 / 1 / 2020
                                                            MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                              (a)  $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b)  $ _____

  c. **Total.** Add lines a and b.                                          (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     __ / __ / ____
                                                                        MM / DD / YYYY

| Debtor 1 | Roy R. Mason, Jr. | | Case number (if known) 16-40099 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons
Signature

Date 7/16/2020

Print: Molly Slutsky Simons
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number  Street

Loveland  OH  45140
City  State  ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# YOUNGSTOWN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-40099-rk |
| Roy R. Mason, Jr.<br>　aka Roy Mason, Jr.<br>　aka Roy R. Mason<br>　aka Roy Mason | Chapter 13 |
| Debtor. | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I certify that on July 16, 2020, a true and correct copy of this Response to Notice of Final Cure was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Bruce R. Epstein, Debtor's Counsel
    epsteinlaw@sbcglobal.net

    Michael A. Gallo, Trustee
    mgallo@gallotrustee.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Roy R. Mason, Jr., Debtor
    7679 Anderson Avenue N.E.
    Warren, OH 44484-1524

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor